# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | |
|---|---|
| **ROBERT REITER,** | : |
| **Plaintiff** | : |
| v. | : 5:05-CV-435 (WDO) |
| **ULTRA-CHEM, INC., et al.,** | : |
| **Defendants** | : |

## ORDER

Defendants' motion to dismiss Cameron Craven from this lawsuit is GRANTED based on <u>Busby v. City of Orlando</u>, 931 F.2d 764 (11th Cir. 1991) which held that INDIVIDUALS are not liable under Title VII. Rather, only EMPLOYERS, which in this case is Defendant Ultra-Chem, Inc., may be sued under Title VII.

Defendants' motion for attorney's fees is DENIED.

**SO ORDERED this 28th day of June, 2006.**


S/
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**